March 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

SONJIA JONES, Appellant

NO. 14-12-00945-CV                    V.

DISCOVER BANK, Appellee

_____

Today the Court heard the parties joint motion to set aside the judgment signed by the court below on July 10, 2012. Having considered the motion and found it meritorious, we order the judgment **REVERSED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.